```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 04586
    KRISTEN M BINDER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1063
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/15/07 and confirmed on 08/09/07.

2. The case was converted to Chapter 7 after confirmation, 10/09/2007.

3. The Debtor paid a total of $ 3080.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPECIALIZED LOAN SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 1819.35 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 12706.40 | 78.40 | 1483.20 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14525.75 | .00 | .00 | .00 | 14525.75 |
| PRINCIPAL PAID | 1483.20 | .00 | .00 | .00 | 1483.20 |
| INTEREST PAID | 78.40 | .00 | .00 | .00 | 78.40 |
| TOTAL PAID | 1561.60 | .00 | .00 | .00 | 1561.60 |

The Debtor's attorney, LEEDERS & ASSOC LTD         , was allowed $ 3000.00 and was paid $    1170.00   direct and $    1438.33   through the plan.

The Trustee received $      80.07 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/14/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 07 B 04586 KRISTEN M BINDER
```